UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 1 4 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. **4:19CR00207 HEA/DDN** |
| v. | ) |
| TRAVIS BROEKER and PAMELA BARTON, | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about February 28, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**TRAVIS BROEKER,**

did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2, and;

that the death of T.Z., a person whose identity is known to the Grand Jury, resulted from the use of such fentanyl distributed by defendants, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

The Grand Jury further charges that:

Beginning on an unknown date, but including February 2018 and March 2018, within the

1

Eastern District of Missouri, the defendants,

**TRAVIS BROEKER and PAMELA BARTON,**

did knowingly and intentionally combine, conspire, confederate, and agree together with each other and with other persons both known and unknown to the Grand Jury to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

          A TRUE BILL.

          _____
          FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200