**Wissler, Sirena (USAMOE)**

| | |
|---|---|
| **From:** | Betty Ann Skrien <Betty_Ann_Skrien@moed.uscourts.gov> |
| **Sent:** | Thursday, September 3, 2020 12:55 PM |
| **To:** | Wadalawala, Nauman (USAMOE); mark@fischerandbyrne.com; msander@slu.edu; Wissler, Sirena (USAMOE) |
| **Cc:** | Lori Miller Young; Melanie Berg; Erica Brown; Alicia Thompson |
| **Subject:** | Courtroom Logistics Meeting for Trial / 4:19-cr-00207-HEA USA v. Broeker |

We understand that counsel for the USA v. Travis Broeker trial will be present on **Wednesday, September 9, 2020** at 2 p.m. to view Juror Questionnaires.  Chief Deputy Clerk, Lori Miller Young, is available at **1:15** on this date to provide a courtroom logistics walk thru of Judge Autrey's Courtroom.  If needed, Court staff will also be present to demonstrate the evidence presentation cart and answer any questions you may have.

Please let us know if you wish to proceed with the walk thru on Wednesday, September 9, 2020 at 1:15 p.m. and a calendar invite will be sent.   Note: The courtoom is only available from 1:15-1:45 on this date!

A reminder that masks must be worn at all times.  Thank you.


Betty Ann Skrien
Executive Assistant/Project Manager
to Gregory J. Linhares, Clerk of Court
& Lori Miller Young, Chief Deputy Clerk
314-244-7461 (desk)
314-422-9875 (cell)

